From: Gregg Marcel Dixon
3909 Rice Shire Road
Ridgeland, SC 29936



RDC 99    29402

U.S. POSTAGE PAID
FCM LG ENV
RIDGELAND, SC
29936
JAN 19, 23
AMOUNT
**$5.20**
R2303S103720-09

CERTIFIED MAIL

7020 2450 0001 7216 8353

To: clerk of Court
US District Court
P.O. Box 835
Charleston, SC 29402

ReadyPost
Document Mailer



**UNITED STATES POSTAL SERVICE®**

1PJE2150 · AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

93300006
6" x 9" Envelope



0  15645 72738  0

JAN 19 2023
RIDGELAND SC 29936

2023 JAN 25  AM 8:39
CLERK OF COURT, USDC
CHARLESTON, SC